

Friday, March 31, 2017

No. 17–0326/AF. U.S. v. Joshua Katso. CCA 38005. Notice is hereby given that a certificate for review of the decision of the United States Air Force Court of Criminal Appeals was filed under Rule 22 on this date on the following issues:

  I.  WHETHER THE AIR FORCE COURT OF CRIMINAL APPEALS ERRED WHEN IT HELD THAT UNITED STATES v. MILLER, 47 M.J. 352 (C.A.A.F. 1997) REQUIRED THE GOVERNMENT TO HOLD A CONTINUED CONFINEMENT HEARING WITHIN 7 DAYS OF THE JUDGE ADVOCATE GENERAL'S DECISION ON CERTIFICATION.

  II.  WHETHER THE AIR FORCE COURT OF CRIMINAL APPEALS ERRED WHEN IT FOUND THAT GOVERNMENT'S FAILURE TO HOLD A CONTINUED CONFINEMENT HEARING WITHIN 7 DAYS OF THE JUDGE ADVOCATE GENERAL'S DECISION ON CERTIFICATION AUTOMATICALLY RESULTED IN DAY–FOR–DAY SENTENCING CREDIT.

  III.  WHETHER APPELLEE WAS PREJUDICED WHEN THE GOVERNMENT FAILED TO HOLD A CONTINUED CONFINEMENT HEARING WITHIN 7 DAYS OF CERTIFICATION.

Appellant will file a brief under Rule 22(b) in support of said certificate on or before May 1, 2017.

No. 17–0285/AR. U.S. v. Gene N. Williams. CCA 20130582. Appellant's second motion to extend time to file the supplement to the petition for grant of review granted to April 14, 2017.

No. 17–0316/AR. U.S. v. William L. Mitcham. CCA 20140969. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to April 18, 2017.